Aaron R. Marienthal (SBN 273154)
Email:   amarienthal@reedsmith.com
Alexander J. Gershen (SBN 291929)
Email:   agershen@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA  94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Defendants
Bank of America, N.A. (erroneously sued as "Bank of America Home Loans"); The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of the CWABS, Inc. Asset-Backed Certificates Series 2004-8; and Mortgage Electronic Registration Systems, Inc. (erroneously sued as Mortgage Electronic Registration Systems")

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHOK CHOPRA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, As Trustee for the CERTIFICATEHOLDERS OF THE CWABS, INC. ASSET-BACKED CERTIFICATES SERIES 2004-8; BANK OF AMERICA HOME LOANS; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS; And DOES 1 THROUGH 10, INCLUSIVE,<br><br>　　　　Defendants. | Case No. CV 15-475-GW(SHx_<br><br>**FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE**<br><br>Honorable George H. Wu |

1  On June 29, 2015, the Motion to Dismiss of Defendants Bank of America, N.A.
2  (erroneously sued as "Bank of America Home Loans"); The Bank of New York
3  Mellon fka The Bank of New York, as Trustee for the Certificate holders of the
4  CWABS, Inc. Asset-Backed Certificates Series 2004-8; and Mortgage Electronic
5  Registration Systems, Inc. (erroneously sued as "Mortgage Electronic Registration
6  Systems") (collectively, "Defendants") against the First Amended Complaint of
7  Plaintiff Ashok Chopra was GRANTED WITHOUT LEAVE TO AMEND.

Given the foregoing, Plaintiff's action against Defendants is DISMISSED WITH PREJUDICE. A Final JUDGMENT OF DISMISSAL is hereby entered against Plaintiff and in favor of Defendants. Plaintiff shall take nothing by way of his claims against Defendants.

**IT IS SO ORDERED.**

Dated: July 10, 2015

_____
Honorable George H. Wu
United States District Judge

FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE